IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INTERNATIONAL PAPER COMPANY    )
individually, and doing        )
business as XPEDX,             )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 06-367
                               )
HEETER PRINTING COMPANY, INC.  )
          Defendant.           )

O R D E R

Therefore, this ⎜𝒱 day of DECEMBER, 2006, IT IS

HEREBY ORDERED that PLAINTIFF'S MOTION TO COMPEL [document #15]

is DENIED as moot.

BY THE COURT:

_____, J.

cc:    All Counsel of Record