IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY individually, and doing business as XPEDX,<br>        Plaintiff,<br><br>    v.<br><br>HEETER PRINTING COMPANY, INC.<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-367<br>)<br>)<br>) |

O R D E R

Therefore, this 10th day of DECEMBER, 2006, IT IS HEREBY ORDERED that PLAINTIFF'S MOTION TO DEEM COMPLAINT ALLEGATIONS ADMITTED [document #16] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record