# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY, individually and doing business as XPEDX, Plaintiff, <br><br> v. <br><br> Heeter Printing Company, Inc., Defendant. | CIVIL ACTION NO.: 2:06-CV-00367 <br> Honorable Gary L. Lancaster |

## ORDER OF COURT

This 20th day of April, 2007, upon consideration of the Joint Stipulation for Dismissal, it is hereby ORDERED that this action is dismissed with prejudice.

This Court shall retain jurisdiction over all matters concerning the settlement of this action.

Each side will bear its own costs and fees.

BY THE COURT:

_____
Gary L. Lancaster,
District Judge